AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Estate of Jacob James Derbin, by Administrator Dawn Derbin | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) ) | Civil Action No. 1:26-cv-01085 |
| City of Euclid, et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Nick DiCicco
c/o Chagrin Valley Dispatch
4470 Oakes Road
Brecksville, OH 44141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacqueline Greene
c/o FG+G
35 East 7th Street, Suite 201
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CHRISTIAN M. CAPECE, CLERK OF COURT_

Date:  5/18/2026

s/ Austen Faluski

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01085

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Nick DiCicco

was received by me on *(date)*   05/21/2026   .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jackie Vigliucci   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Chagrin

Valley Dispatch   on *(date)* May 22, 2026   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   5/22/2026

*Server's signature*

Amanda Blackmar, Office Manager
*Printed name and title*

50 Public Square, Suite 1900 Cleveland, Ohio 44113
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

<table>
<tr><td>

Estate of Jacob James Derbin,<br>
by Administrator Dawn Derbin

_____<br>
*Plaintiff(s)*

v.

City of Euclid, et al.

_____<br>
*Defendant(s)*

</td><td>

)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)

</td><td>

Civil Action No.   1:26-cv-01085

</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lisa Davet
c/o Chagrin Valley Dispatch
4470 Oakes Road
Brecksville, OH  44141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacqueline Greene
c/o FG+G
35 East 7th Street, Suite 201
Cincinnati, OH  45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date:   5/18/2026   _____

s/ Austen Faluski

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-01085

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ___Lisa  Davet___

was received by me on *(date)*  __05/21/2026__  .

☐ I personally served the summons on the individual at *(place)*  _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  ___Jackie  Vigliucci___  , who is

designated by law to accept service of process on behalf of *(name of organization)*  ___Chagrin  Valley___

___Dispatch___  on *(date)*  __may 22, 2026__  ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify):*


My fees are $  __0.00__  for travel and $  __0.00__  for services, for a total of $  __0.00__ .


I declare under penalty of perjury that this information is true.

Date:  __05/22/2026__          _____
                                                Server's signature

                              ___Amanda  Blackmar,  office  manager___
                                           Printed name and title

                              ___50  public  square,  suite 1900   Cleveland, Ohio  44113___
                                           Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

|  |  |
|---|---|
| Estate of Jacob James Derbin, by Administrator Dawn Derbin <br><br> *Plaintiff(s)* <br><br> v. <br><br> City of Euclid, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:26-cv-01085 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lushonda Hall-Edmiston
c/o Chagrin Valley Dispatch
4470 Oakes Road
Brecksville, OH  44141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacqueline Greene
c/o FG+G
35 East 7th Street, Suite 201
Cincinnati, OH  45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTIAN M. CAPECE, CLERK OF COURT

Date:  5/18/2026

s/ Austen Faluski

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-01085

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lushonda Hall-Edmiston

was received by me on *(date)*  05/21/2026  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Jackie Vigliucci  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Chagrin Valley

Dispatch  on *(date)*  05/22/26  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/22/2026  _____

*Server's signature*

Amanda Blackmar, Office manager
*Printed name and title*

50 Public Square, suite 1900  Cleveland, ohio  44113
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Ohio

| | | |
|---|---|---|
| Estate of Jacob James Derbin, by Administrator Dawn Derbin | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.   1:26-cv-01085 |
| City of Euclid, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nicholas Koman
c/o Chagrin Valley Dispatch
4470 Oakes Road
Brecksville, OH  44141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacqueline Greene
c/o FG+G
35 East 7th Street, Suite 201
Cincinnati, OH  45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CHRISTIAN M. CAPECE, CLERK OF COURT*

Date:   5/18/2026

s/ Austen Faluski

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01085

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Nicholas koman

was received by me on *(date)*   05/21/2026 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jackie Vigliucci   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Chagrin Valley
Dispatch   on *(date)*   05/22/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.

Date:   05/22/2026   _____
*Server's signature*

Amanda Blackmar, office manager
*Printed name and title*


50 Public Square, Suite 1900 Cleveland, Ohio 44113
*Server's address*


Additional information regarding attempted service, etc: