# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ESTATE OF JACOB JAMES DERBIN, by Administrator Dawn Derbin, | ) ) ) |
| Plaintiff, | ) ) |
| | )    CASE NO. 1:26-cv-01085-DAP |
| v. | ) ) |
| CITY OF EUCLID, et al. | ) ) |
| Defendants. | ) |

## <u>NOTICE OF APPEARANCE</u>

Now comes the undersigned and hereby notifies the Court and parties of the entry of appearance of Daniel J. Rudary, Esq. as counsel of record for Defendants City of Euclid, Chief Scott Meyer, Officer Samuel Jackson, Sergeant Dan Ferrito, Sergeant Matthew Gilmer, Captain Mitchell Hauser, Captain Michael Janson, Lieutenant Dave Olsezewski, Sergeant David Maslysk, and Sergeant Nick Eddington in the above-captioned matter.  Please serve all future notices and process upon the undersigned.

Dated: June 1, 2026

Respectfully submitted,

/s/ *Daniel J. Rudary*

Daniel J. Rudary (0090482)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Phone:          (330) 253-5060
Fax:             (330) 253-1977
E-mail:         djrudary@bmdllc.com

*Counsel for Defendants City of Euclid, Chief Scott Meyer, Officer Samuel Jackson, Sergeant Dan Ferrito, Sergeant Matthew Gilmer, Captain Mitchell Hauser, Captain Michael Janson, Lieutenant Dave Olsezewski, Sergeant David Maslysk, and Sergeant Nick Eddington*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. Additionally, a copy of the foregoing was sent via regular U.S. Mail to the following parties who have not yet entered an appearance in this action:

NICK DICICCO
LISA DAVET
LUSHONDA HALL-EDMISTON
NICHOLAS KOMAN
c/o Chagrin Valley Dispatch
4470 Oakes Road,
Brecksville, Ohio 44141

/s/ *Daniel J. Rudary*
*Counsel for Defendants City of Euclid, Chief Scott Meyer, Officer Samuel Jackson, Sergeant Dan Ferrito, Sergeant Matthew Gilmer, Captain Mitchell Hauser, Captain Michael Janson, Lieutenant Dave Olsezewski, Sergeant David Maslysk, and Sergeant Nick Eddington*